# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION



FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The United States,

-vs-

**MARVIN PUCKETT**  Docket No. 09cr00036-LJO

**COMES NOW** Jacob M. Scott, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Marvin Puckett, who was placed on bond by the Honorable Dennis L. Beck, U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 23rd day of January, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE(S):** Conspiracy to Manufacture and Distribute Marijuana; Cultivation of Marijuana and Aiding and Abetting

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 2, 2009, the defendant was arrested for operating a motor vehicle under the influence of alcohol, in violation of his condition that he refrain from the excessive use of alcohol.

**PRAYING THAT THE COURT WILL ORDER** a bond violation hearing to be scheduled to occur on Wednesday, August 19, 2009, at 1:30p.m.

**LAST KNOWN ADDRESS:**  On file with Pretrial Services

**TELEPHONE NUMBER:**  On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Jacob M. Scott*

Jacob M. Scott
Pretrial Services Officer
DATE:  August 13, 2009

### ORDER

____  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

____  The Court hereby orders this ex parte motion and order be sealed.

____  The Court orders a summons be issued with an appearance date of _____.

__X__  The Court hereby orders this matter placed on this court's calendar on _Wed., Aug 19, 2009_, at _1:30_ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____  The Court orders no action be taken.

Considered and ordered this _13th_ day of _Aug._, 20_09_, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 3/93

**BOND CONDITIONS:**

1. You shall be released on your personal recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Linda Puckett with whom you shall reside;

5. You shall reside at a location approved by the Pretrial Services Officer and not change your residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. You travel is restricted to Madera and Fresno Counties, unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

9. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request; and,

10. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

11. You shall not associate or have any contact with any named co-defendants, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

12. You shall obtain no passport during the pendency of this case; and,

13. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.