# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Marvin Puckett ) | Case No.<br>09cr0036 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Marvin Puckett_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.**

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ Marvin Puckett  1/14/10        _[signature]_  1/14/10
Signature of Defendant      Date             Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                  1-15-10
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                  1/12/10
Signature of Defense Counsel                   Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  1/15/10 .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                  1/15/10
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services