**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, MARVIN PUCKETT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 1:09-cr-00036 LJO** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER DENYING CONTINUANCE** |
| ) | |
| v. ) | |
| ) | |
| MARVIN PUCKETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that sentencing currently scheduled for Friday, December 17, 2010, at 8:45 a.m., be continued to Friday, January 28, 2011, at 8:45 a.m.  Continuing the sentencing hearing is necessary to allow the defense time for further preparation.

Dated:      December 9, 2010        /s/_____
                                    DALE A. BLICKENSTAFF
                                    Attorney for Defendant, MARVIN PUCKETT


Dated:      December 9, 2010        /s/_____
                                    LAUREL J. MONTOYA
                                    Assistant U. S. Attorney

**STIPULATION AND ORDER CONTINUING SENTENCING - Case No. 1:09-cr-00036 LJO**                                    Page 1

# **ORDER**

THE STIPULATION IS SO GENERAL THAT IT DOES NOT PROVIDE THE REQUIRED GOOD LEGAL CAUSE NECESSARY FOR A CONTINUANCE.  THE STIPULATION FAILS TO INDICATE WHAT NEEDS TO BE DONE, AND AS IMPORTANTLY, WHY IT WAS NOT DONE IN THE LENGTHY TIME PROVIDED FROM THE CHANGE OF PLEA TO THE SCHEDULED DATE OF SENTENCING.  THE REQUEST IS DENIED.

IT IS SO ORDERED.

**Dated:   December 13, 2010**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE