**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, MARVIN PUCKETT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00036 LJO |
| Plaintiff, | **AMENDED STIPULATION AND DENIAL of CONTINUANCE** |
| v. | |
| MARVIN PUCKETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that sentencing currently scheduled for Friday, December 17, 2010, at 8:45 a.m., be continued to Friday, January 28, 2010, at 8:45 a.m.

Counsel for defense is preparing a Sentencing Memorandum and needs additional time to gather information and documents to incorporate therein.

Continuing the sentencing hearing is necessary to allow the defense time for further preparation.

Dated:     December 13, 2010     /s/
                                  DALE A. BLICKENSTAFF
                                  Attorney for Defendant, MARVIN PUCKETT

Dated:     December 13, 2010     /s/
                                  LAUREL J. MONTOYA
                                  Assistant U. S. Attorney

## **ORDER**

THE AMENDED STIPULATION ADDRESSES ONLY HALF OF THE ISSUE ON ESTABLISHING GOOD LEGAL CAUSE.  IT ADDRESSES THE WHAT FACTOR, BUT IT DOES NOT ADDRESS THE REASON WHY IT WAS NOT ABLE TO BE ACCOMPLISHED IN THE TIME FROM THE CHANGE OF PLEA TO THE DATE SET FOR THE SENTENCING.  GOOD CAUSE HAS NOT BEEN ACHIEVED.

IT IS SO ORDERED.

**Dated:   December 13, 2010**              /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE